AUSA:     Vance                                    Telephone:  (810) 766-5177

AO 91 (Rev. 11/11)  Criminal Complaint        Special Agent:     Sutara              Telephone:  (810) 341-5730

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
   v.

**Jared Cash Butterfield**

Case No.    Case: 1:26-mj-30086
Judge: Morris, Patricia T.
Filed: 02-18-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 20, 2025 _____ in the county of _____ Huron _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

I have probable cause to believe that on or about November 20, 2025, in the Eastern District of Michigan, **Jared Cash Butterfield,** knowingly possessed, in and affecting commerce, a firearm in violation of 18 U.S.C. § 922(g)(1).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nathan Sutara, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _ February 18, 2026 _____

City and state: _ Bay City, MI _____

_____
*Judge's signature*

Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Nathan Sutara, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1.      I have been employed as a Special Agent (SA) with the Bureau of
Alcohol, Tobacco, Firearms, and Explosives (ATF) since May 2018. I am currently
assigned to the Detroit, Michigan Field Division, Flint Field Office. As an ATF
agent, I am tasked with investigating criminal violations involving firearms,
narcotics and violent crime offenses including violations of Title 18 and Title 21 of
the United States Code. Before working with ATF, I was employed by the
Michigan Department of State Police (MSP) for approximately five years. I held
several positions with MSP, including Detective/Trooper with the Major Case Unit
in Saginaw, Michigan. During this employment, I investigated numerous incidents
involving violations of state and federal firearms laws, robberies, shootings, and
homicides, as well as narcotics trafficking.

2.      I make this affidavit based on my participation in this investigation,
including witness interviews by myself and/or other law enforcement agents,
communications with others who have personal knowledge of the events and
circumstances described herein, review of documents, and information gained
through my training and experience. The information outlined below is provided

1

for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.      Based on the facts below, there is probable cause to believe that on November 20, 2025, Jared Cash Butterfield (XX-XX-1995) violated 18 U.S.C. § 922(g)(1), possession of a firearm as a convicted felon.

## BACKGROUND

4.      During the month of February 2026, Harbor Beach Police and Michigan State Police began investigating Jared Cash Butterfield regarding a separate investigation.

5.      During their investigation into Butterfield, Police sought and obtained a search warrant for Butterfield's Apple iCloud account.

6.      While reviewing the contents from Butterfield's Device, Police observed the following photographs of Butterfield:

2



7.     These photographs show Butterfield wearing a red, gray, and white flannel shirt (photograph 3). Another photograph shows a picture of a tan in color pistol, believed to be a Smith & Wesson, model M&P 9 M2.0, 9mm pistol (photograph 1). An additional photograph shows the partially concealed pistol in a dark colored vest and the red, gray, and white flannel shirt worn by Butterfield (photograph 2). The final picture (photograph 4), shows a picture of Butterfield

wearing the dark colored vest, matching the one from photograph #2.

8.   I compared the photograph of the above pistol to an image of a Smith & Wesson, model M&P 9 M2.0 pistol (below), and they appear identical:



9.   While reviewing the photographs taken from Butterfield's Apple account, the metadata shows photographs 1 & 2 were taken on November 20, 2025.

10.   I then reviewed Butterfield's criminal history. At that time, I noted he had the following felony convictions:

- 2013-Felony Larceny from a Motor Vehicle
    - 52nd Circuit Court, Huron County, MI
- 2014-Felony Breaking & Entering a building with intent
    - 52nd Circuit Court, Huron County, MI

- 2014-Felony R&O-Police Officer x2

  - 52nd Circuit Court, Huron County, MI

- 2022-Felony Assault with intent to commit great bodily harm, less than murder, enhanced to Habitual Offender 4th Offense, and Felony Assault with a dangerous weapon

  - 46th Circuit Court, Kalkaska County, MI

11.     Through the investigation, Harbor Beach Police and MSP spoke with an individual familiar with Butterfield, Witness-1, whose identity is known to law enforcement. Per Harbor Beach and MSP, Witness-1 provided information on Butterfield with reference to their investigation. All the information provided by Witness-1 was corroborated by police. As a result, they have reason to believe Witness-1 to be credible and reliable.

12.     In February 2026, police spoke with Witness-1. During this interview, Witness-1 told police she (Witness-1) bought and registered a gun in her name. Witness-1 stated that Butterfield took the gun, however.  Witness-1 further stated, "he wasn't allowed to get it because he was a felon and just never really spoke of after that…" Witness-1 added that this pistol is still registered in her name.

13.     During a firearm query into Witness-1, I observed that on November 20, 2025, Witness-1 purchased and registered a Smith & Wesson, model M&P 9 M2.0, 9mm pistol bearing S/N: NLS8484 from *Cash for All Pawn* located at 558 S

5

Main Street, Lapeer, MI 48446.

14.     This firearm registered to Witness-1 matches the firearm in Butterfield's possession in the aforementioned photographs.

15.     I have spoken with Special Agent Dustin Hurt who has received specialized training regarding the manufacture and shipping of firearms. S/A Hurt stated that the Smith & Wesson, model M&P 9 M2.0 pistol was manufactured outside the state of Michigan.

## **CONCLUSION**

16.     Based on the above information, I have probable cause that on November 20, 2025, Jared Cash Butterfield, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Nathan Sutara
Special Agent, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means on   February 18, 2026   .

Hon. Patricia T. Morris
United States Magistrate Judge

6